UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SUSAN BOYD, individually, and on
behalf of Lindsey Boyd Caldwell
and Haley Boyd Winter, wrongful
death beneficiaries of Gary Boyd,
deceased,

       Plaintiff

v.                                                         Cv. No. 14-2385-SHM

BAPTIST MEMORIAL HOSPITAL and
RAJEEV SINGH, M.D.,

       Defendants.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice  in accordance with the Order of Dismissal, docketed April 18, 2016.  Each party to bear its own costs.

**APPROVED:**

*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


*April 18, 2016*                            THOMAS M. GOULD
DATE                                          CLERK

                                                     *s/ Zandra Frazier*
                                                     (By) DEPUTY CLERK